**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | DOCKET NO. 3:19-CR-00452-X |
| | § | |
| BRIAN CARPENTER (01) | § | |

<u>**UNOPPOSED MOTION TO CONTINUE SENTENCING**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

 COMES NOW, Defendant Brian Carpenter, by and through his undersigned counsel, and respectfully submits this Unopposed Motion to Continue Sentencing, and in support thereof would show the Court as follows:

 The conclusion of the sentencing hearing for the Defendant in this matter is currently scheduled to occur on November 20, 2024. For the reasons set forth herein, the Defendant respectfully requests a brief continuance of his sentencing hearing, to a date on or about December 4, 2024[1]. Namely, the Defendant has recently tested positive for Covid-19. As reflected within the attached doctor's note, the Defendant has been advised by the treating physician at the Wise Family Practice Urgent Care Center that he should not return to work (*i.e.,* any activities outside his home) until at least on or after November 25, 2024. *See* Exhibit 1. Accordingly, the Defendant seeks the requested continuance in order to allow him to recover from his current Covid infection, as well as to protect the parties and the Court from any potential Covid exposure which he might cause to anyone with whom he comes into contact at the hearing.

 Furthermore, the Government does not oppose a brief continuance, which is not sought for purposes of delay and will not prejudice any of the parties.

---

[1] The Defendant's counsel, Mr. Jarvis, is unavailable during the week of November 25th as a result of prior commitments and the Thanksgiving holiday.

WHEREFORE, PREMISES CONSIDERED, for the reasons set forth above, the Defendant respectfully requests that the instant Motion be, in all things, GRANTED, and that the Court enter an Order continuing the conclusion of the sentencing hearing in this matter until on or about December 4, 2024.

Respectfully submitted,

*/s/ Alexandra Hunt*

**DANIEL K. HAGOOD**
Daniel K. Hagood, P.C.
Texas Bar No. 08698300
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
214.720.4040 telephone
214.237.0905 facsimile
dhagood@hagoodhunt.com

**ROBERT T. JARVIS**
Jarvis & Hamilton Law Firm
Texas Bar No. 10586500
123 West Houston Street
Sherman, TX 75090
903-892-8500 telephone
903-892-8550 facsimile
bob@jarvishamilton.com

**ALEXANDRA HUNT**
Daniel K. Hagood, P.C.
Texas Bar No. 24095711
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
214.720.4040 telephone
214.237.0905 facsimile
ahunt@hagoodhunt.com

**COUNSEL FOR DEFENDANT CARPENTER**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on November 18, 2024, counsel for the Defendant conferred with USDOJ Trial Attorney Brynn Schiess regarding the foregoing Motion and that the Government is unopposed to a brief continuance.

_/s/ Alexandra Hunt_
ALEXANDRA HUNT