UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | §  3:19-CR-452-X (1) |
| v. | § |
| | § |
| BRIAN CARPENTER | § |

## ORDER SETTING OTHER TERMS OF SUPERVISED RELEASE

It is hereby ORDERED that the above-named defendant, while on supervised release, comply with the Standard Conditions recommended by the United States Sentencing Commission at Section 5D1.3(c) of the Guidelines Manual, and comply with the below-listed other conditions of supervised release, which are derived from Sections 5D1.3(a), (b), (d), and (e), in relevant part:

1. The defendant must not commit another federal, state or local crime.

2. The defendant must not unlawfully possess a controlled substance.

3. The defendant must cooperate in the collection of DNA as directed by the probation officer.

4. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

5. The defendant shall not be employed by, affiliated with, own or control, or otherwise participate, directly or indirectly, in any business related to health care, including providing such care or billing for such care, without the probation officer's approval.

6. The defendant shall pay any remaining balance of restitution in the amount of $7,096,231, as set out in this Judgment.

7. The defendant shall provide to the probation officer any requested financial information.

8. The defendant shall refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the probation officer makes a determination that the defendant is in compliance with the payment schedule.

9. You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.

December 4th, 2024.

_____
Defendant's Signature

_____
Defense Counsel

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE