# IN THE IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | DOCKET NO. 3:19-CR-452-X |
| v. | § | |
| | § | JUDGE BRANTLEY STARR |
| BRIAN CARPENTER (1) | § | |

**NOTICE OF APEAL**

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant Brian Carpenter appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this matter entered on December 5, 2024 (Dkt. No. 245), and all pre-judgment orders and decisions including, but not limited to, the Order Denying Motions For Acquittal And New Trial (Dkt. No. 182).

Date:  December 12, 2024                                Respectfully submitted,

1

|  |  |
|---|---|
| **ROMAN MARTINEZ** <br> (admitted *pro hac vice*) <br> **ALEXANDER SIEMERS** <br> (admitted *pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 555 Eleventh Street, NW <br> Suite 1000 <br> Washington, DC 20004 <br> Telephone: 202-637-2200 <br> Facsimile: 202-637-2201 <br> Email:  roman.martinez@lw.com <br> Email:  alex.siemers@lw.com | */s/ Alexandra Hunt* <br><br> **ROBERT T. JARVIS** <br> Texas Bar No. 10586500 <br> 123 W. Houston Street <br> Sherman, Texas 75090 <br> Telephone: 903-892-8500 <br> Facsimile: 903-892-8550 <br> Email:  bob@jarvishamilton.com <br><br> **DANIEL K. HAGOOD, P.C.** <br> Texas Bar No. 08698300 <br> 3710 Rawlins Street, Suite 1600 <br> Dallas, Texas 75219 <br> Telephone:  214-720-4040 <br> Facsimile: 214-237-0905 <br> Email:  dhagood@hagoodhunt.com <br><br> **ALEXANDRA HUNT** <br> Texas Bar No. 24095711 <br> 3710 Rawlins Street, Suite 1600 <br> Dallas, Texas 75219 <br> Telephone:  214-720-4040 <br> Facsimile: 214-237-0905 <br> Email:  ahunt@hagoodhunt.com <br><br> *ATTORNEYS FOR BRIAN CARPENTER* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, a true and correct copy of the above and foregoing document was filed electronically with the Clerk of the U.S. District Court for the Northern District of Texas to be served upon all counsel of record by the Court's electronic filing system.

*/s/ Alexandra Hunt*
Alexandra Hunt

1