UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Criminal Action No. 3:19-CR-0452-X(1) |
| | § | |
| BRIAN CARPENTER, D.P.M. (1) | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER GRANTING IN PART MOTION TO EXTEND REPORT DATE

The jury found defendant Brian Carpenter guilty on all eight counts, and the Court ordered Carpenter to report for his sentence on February 24, 2025. Carpenter filed a motion to extend his report date for 60 days to stabilize his medical condition and allow for initial oncology appointments at MD Anderson. The government opposes the request, concerned that recurring appointments will yield unending requests to extend his report date. The Court's chief concerns are stabilizing Carpenter's blood flow issue and having him report as quickly as possible. To balance these competing concerns, the Court **GRANTS IN PART** Carpenter's request and extends his report date to Monday, March 24, 2025 by 2pm, local time.

**IT IS SO ORDERED** this 21st day of February, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1