Penny Hillje
2826 Countryside Trail
Keller, Texas 76248
Email: plh2cfh@gmail.com
(940 399-9632

March 28, 2025

**Honorable Brantely Starr**
United States District Court, Northern District
1100 Commerce Street
Dallas, Texas 75242

RE: USA v. Carpenter et al Case Number: 3:19-cr-00452-X

**Dear Judge Starr,**

My name is Penny Hillje, and I am the sister of Brian Carpenter. I am writing to respectfully plead for a compassionate release for my brother. While I understand that this request may be unorthodox, I cannot live with myself knowing that he may die in prison without me asking for your consideration.

This morning, I had to cancel his upcoming appointments with the care team at MD Anderson. They had been working on a plan to address a serious blockage in his brain. His appointments were scheduled for April 1st, 2nd, and 3rd, with the first day dedicated to imaging, followed by consultations with Dr. Matthew Hanasono, Dr. Christopher Young, and Dr. Marc-Elie Nadar. Unfortunately, due to Brian being required to report to prison on Monday, February 24, 2025, he will not be able to attend these critical appointments and receive the necessary treatment. The medical professionals are concerned that, without intervention, Brian faces the very real risk of a stroke or, potentially, death.

I fully understand that you feel the need for the court to address white-collar crime with seriousness, but I ask that you also consider the possibility that the punishment may have become a death sentence. Without the care he urgently requires, my brother's life is in grave danger.

I am prayerfully asking that you consider granting compassionate release to allow Brian the chance to receive the medical attention he desperately needs.

Thank you for your time and thoughtful consideration of this request.

Blessings,

*Penny Hillje*
Penny Hillje