IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CASE NO. 3:19-CR-452-X |
| v. | § | |
| | § | |
| BRIAN CARPENTER | § | |

## DEFENDANT CARPENTER MOTION TO REINSTATE CONDITIONS OF PRETRIAL RELEASE

Defendant Brian Carpenter respectfully requests that the Court forthwith order that the Bureau of Prisons release Brian Carpenter from their custody immediately in light of the United States Court of Appeals for the Fifth Circuit's vacation of his conviction this date. Case No. 24-11076. Mr. Carpenter agrees to the re-imposition of his condition of pretrial release pending new trial.

Respectfully submitted,

*/s/ Robert L. Webster*

**ROBERT L. WEBSTER**
Texas Bar No. 21053375
8350 N. Central Expressway,
Suite 1900
Dallas, Texas 75206
817.953.8699 telephone
robert.webster@bobwebsterlaw.com

**COUNSEL FOR DEFENDANT CARPENTER**

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 20, 2025, counsel for the Defendant attempted to confer with counsel for the Government, Department of Justice Trial Attorney Brynn Scheiss, who did not respond.

                                                                   */s/ Robert L. Webster*
                                                                   Robert L. Webster

## CERTIFICATE OF SERVICE

On June 20, 2025, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas using the electronic case filing system of the court.

                                                                   */s/Robert L. Webster*
                                                                   Robert L. Webster