IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:19-cr-00452-X |
| BRIAN CARPENTER (01) | |

## THE UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANT'S MOTION TO REINSTATE CONDITIONS OF PRETRIAL RELEASE

The United States of America files this response to Defendant's Motion to Reinstate Conditions of Pretrial Release. (*See* Dkt. 310.) While reserving the right to seek further review of the Fifth Circuit's decision, the government does not oppose Defendant's release on the same conditions as previously ordered by the Court pending retrial in this matter. (*See* Dkt. 13.)

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

LORINDA LARYEA
ACTING CHIEF, FRAUD SECTION

*/s/ Ethan Womble*
ETHAN WOMBLE
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
State Bar No. 24102757
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 202-674-5653
Fax: 214-659-8809
Email: ethan.womble@usdoj.gov