UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | 3:19-CR-452-X |
| | § | |
| | § | |
| **BRIAN CARPENTER (1)** | § | |
| | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL

Before the Court is the Joint Motion to Continue Trial (the "Motion") (Doc. No. 320), filed on July 7, 2025. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial, and that failure to grant such a continuance might result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(i). The existing trial date in this case of August 4, 2025 would deny counsel for the defendant the reasonable time necessary for effective preparation of the defense. 18 U.S.C. § 3161(h)(7)(B). The likely result would be an inability to continue the proceeding and a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

While the Court understands the parties' request for a continuance *sine die* because the appellate timeline is uncertain, the Court is setting a trial date in October for the administrative benefit of the Court. The Court will entertain whatever continuances are needed in light of appellate matters.

Accordingly, it is **ORDERED** that the trial of the case is reset from **August 4, 2025**

to **Monday, October 27, 2025 at 9:00 a.m.** The period of delay shall be excluded in computing the time within which the trial must commence.

Pretrial motions must be filed no later than **August 29, 2025** and all responses, including responses to any previously pending motions, no later than **September 5, 2025**.

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial," "expert," or "fact," as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court), and motions in limine must be filed no later than **October 17, 2025**.

Pretrial Conference is hereby scheduled for **October 20, 2025 at 10:00 a.m.** The defendants need not be present for the Pretrial Conference.

**Signed this 8th day of July, 2025.**

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE